RFM 8/27/08

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2644

FILED 2008 AUG 27 PM 4:03 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY [signature] DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **Magistrate Docket No.**________ |
| **Plaintiff** | ) COMPLAINT FOR |
| v. | ) VIOLATION OF: |
| **Carlos LARA CRUZ** | ) **TITLE 18 U.S.C. § 1544** |
| | ) **Misuse of Passport** |
| **Defendant** | ) |

The undersigned complainant, being duly sworn, states:

On or about August 26, 2008, within the Southern District of California, defendant Carlos LARA CRUZ did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting US passport number 425613145, issued in the name Victor Hugo MARIN, to a Department of Homeland Security, Customs and Border Protection Officer, at the San Ysidro Port of Entry, knowing full well that he was not Victor Hugo MARIN, that the passport was not issued or designed for his use; in violation of Title 18, United States Code, Section 1544.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

[signature]
Richard M. Escott
Senior Special Agent
U.S. Department of State
Diplomatic Security Service

SWORN AND SUBSCRIBED TO before me
This 27th day of August, 2008.

[signature] UNITED STATES MAGISTRATE JUDGE

8/26/08

RFW 8/27/08

## PROBABLE CAUSE STATEMENT & STATEMENT OF FACTS

I, Richard Michael Escott, being duly sworn, declare under penalty of perjury that the following statement is true and correct:

1. I am a Senior Special Agent (SSA) with the U.S. Department of State, Diplomatic Security Service (DSS) assigned to the San Diego, CA Resident Office. I have been so employed for nine years and have investigated numerous violations involving the false application for and misuse of United States Passports and Visas.

2. During the performance of my duties, I have obtained evidence that Carlos LARA CRUZ used passport issued for the use of another. This Affidavit is made in support of a complaint against DEFENDANT for violation of Title 18, U.S.C., Section 1544, Misuse of a Passport.

3. On 08/26/2008, at approximately 1530 hours, DEFENDANT presented himself to a Department of Homeland Security, Customs and Border Protection (CBP) Officer at the pedestrian lines of the San Ysidro Port of Entry, to apply for admission into the United States. DEFENDANT identified himself with U.S. Passport number 425613145, bearing the name Victor Hugo MARIN, DPOB 12/29/1969, Mexico, and a photograph that was not DEFENDANT. DEFENDANT was sent to secondary inspection. While in soft secondary DEFENDANT fled from officers and a foot pursuit ensued. DEFENDANT was captured and taken into custody

4. On 08/26/2008, at approximately 1700 hours, the Affiant was advised by his office that a CBP Officer at the San Ysidro POE had advised that DEFENDANT had been detained at the secondary inspection area of the San Ysidro POE.

5. On 08/26/2008, Affiant conducted record checks of the U.S. Department of State passport database which revealed that U.S. Passport number 425613145 was issued to Victor Hugo MARIN and the photo on the application matched the photo on the passport that was presented by DEFENDANT.

6. On 08/26/2008, at approximately 1800 hours, DEFENDANT was retrieved from a cell at the Port Enforcement Team area and was brought to an interview room. The Affiant, assisted by another DSS Special Agent and a CBP Officer, who also acted as translator when needed, interviewed DEFENDANT. DEFENDANT read his Miranda warning aloud in Spanish from a written copy. He indicated that he understood and waived his right to counsel. He admitted that his true name was Carlos LARA CRUZ, DPOB, 03/10/1973, Mante, Tamaulipas, Mexico. He stated that he was a citizen of Mexico and not a citizen of the United States. DEFENDANT admitted that on or about 08/25/2008 he paid $600 for a false U.S. Passport. DEFENDANT was subsequently provided with U.S. Passport number 425613145 issued in the identity of Victor Hugo MARIN. He admitted that he subsequently used that U.S. Passport to apply for entry into the United States at the San Ysidro Port of Entry on 08/26/2008. He admitted knowing that the passport was not issued or designed for his use. DEFENDANT stated that he believed that the passport belonged to the person whose photograph and identity appeared on the passport and had no basis to believe that the passport was counterfeit.

RFW 8/27/08

7. DEFENDANT admitted that he did not want to be captured and fled from CBP Officers in an attempt to escape to Mexico. DEFENDANT admitted that he was reckless as to putting others in danger due to his flight from officers.

On the basis of the facts presented in this probable cause statement consisting of 2 pages, there is probable cause to believe that the defendant named in this probable cause statement committed the offense on 08/26/2008 - in violation of Title 18, United States Code, Section 1544: Misuse of a passport - when he knowingly and willfully used the passport belonging to another, Victor Hugo MARIN.

Richard M. Escott
Senior Special Agent
U.S. Department of State
Diplomatic Security Service

W McCurine Jr.
UNITED STATES MAGISTRATE JUDGE